## CONSERVATION COMMISSION OF THE TOWN OF FAIRFIELD *v.* RED 11, LLC

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 377 (AC 30212), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Anne D. Peterson,* in support of the petition.

*Noel R. Newman, Edward V. O'Hanlan* and *Thomas J. Donlon,* in opposition.

Decided April 7, 2010

